460 A.2d 755

**James J. McCANN, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, Alexander F. Barbieri, Court Administrator of Pennsylvania, R. Budd Dwyer, Treasurer of Pennsylvania.**

Supreme Court of Pennsylvania.

Argued May 24, 1983.

Decided May 31, 1983.

Thomas A. Livingston, Pittsburgh, for petitioner.

Charles W. Johns, Howland W. Abramson, Philadelphia, for respondent Barbieri.

Vincent X. Yakowicz, Harrisburg, for respondent Dwyer.

Before ROBERTS, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM:

Petitioner having failed to establish his entitlement to relief, the petition for review is denied.

NIX, J., did not participate in the consideration or decision of this case.